AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

GLOBAL TELEVISION NETWORK, LTD.

V.

UAV CORPORATION

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

**03 12518 RGS**

TO: (Name and address of Defendant)

JERRY H. PETTUS, JR. AS REGISTERED AGENT FOR
UAV CORPORATION
2200 CAROLINA PLACE
FORT MILL, SOUTH CAROLINA 29708

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JULIE A. FROHLICH, ESQ.
GOULSTON & STORRS, P.C.
400 ATLANTIC AVENUE
BOSTON, MASSACHUSETTS 02110

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK



12-16-03

DATE

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12-19-03 | 2 PM |
| NAME OF SERVER (PRINT) R J Provost | TITLE Process Server | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Left copies with Joe Kellett, Senior VP Merchandising and Field Operations

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-19-03          R J Provost
            Date                Signature of Server

POB 7241, Charlotte, NC 28241
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.