# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

January 7, 2004

**VIA ELECTRONIC DELIVERY**

Elaine Flaherty, Docket Clerk
United States District Court
District of Massachusetts
John Joseph Moakley U. S. Courthouse
1 Courthouse Way
Boston, MA  02210

> RE:   Global Television Network, Ltd. v. UAV Corporation
>        Civil Action No. 03 12518RGS

Dear Ms. Flaherty:

   Enclosed for filing in the above captioned action please find Defendant's Motion to Extend Time to Answer, Respond or Otherwise Plead to the Plaintiff's Complaint (Assented to by Plaintiff).

Very truly yours,

*[signature]*

Keith C. Long

KCL/pad
Encl.

cc:   Julie A. Frohlich, Esq.
       Corby C. Anderson, Esq.

BOS-652714 v1 0950000-102

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GLOBAL TELEVISION NETWORK, LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>UAV CORPORATION<br><br>    Defendant. | **Civil Action No. 03-12518RGS** |

**DEFENDANT UAV CORPORATION'S
MOTION FOR EXTENSION OF TIME TO ANSWER, RESPOND
OR OTHERWISE PLEAD TO THE PLAINTIFF'S COMPLAINT**

Defendant UAV Corporation, with the assent of Plaintiff Global Television Network, Ltd., hereby moves that the time within which it must answer, respond or otherwise plead to the Plaintiff Global Television Network Ltd.'s Complaint be extended to and including January 27, 2004. This short extension is necessary for UAV to prepare its response.

UAV CORPORATION

By its attorneys,

_/s/ Keith C. Long_
Keith C. Long (BBO #304220)
Joshua C. Rowland (BBO #655906)
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, MA 02109
(617) 261-3100

BOS-652708 v1 0950000-102

*[signature]*
Corby C. Anderson
HELMS MULLIS & WICKER PLLC
201 North Tryon Street
Charlotte, NC 28202
P O Box 31247 (28231)
704-343-2000


ASSENTED TO:

Global Television Network, Ltd.

By its attorney,

*[signature]*
Julie A. Frohlich, (BBO #554707)     per tlc assent 1-7-04
GOULSTON & STORRS, PC
400 Atlantic Avenue
Boston, MA 02110


Dated: January 7, 2004


**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand)(mail) on 1-7-04

*[signature]*