UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JAN -9  A 11: 15
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| GLOBAL TELEVISION NETWORK, LTD., <br><br> Plaintiff, <br><br> v. <br><br> UAV CORPORATION <br><br> Defendant. | Civil Action No. 03-12518RGS |

### DEFENDANT UAV CORPORATION'S
### MOTION FOR EXTENSION OF TIME TO ANSWER, RESPOND
### OR OTHERWISE PLEAD TO THE PLAINTIFF'S COMPLAINT

Defendant UAV Corporation, with the assent of Plaintiff Global Television Network, Ltd., hereby moves that the time within which it must answer, respond or otherwise plead to the Plaintiff Global Television Network Ltd.'s Complaint be extended to and including January 27, 2004. This short extension is necessary for UAV to prepare its response.

UAV CORPORATION

By its attorneys,

_/s/ Keith C. Long_

Keith C. Long (BBO #304220)
Joshua C. Rowland (BBO #655906)
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, MA 02109
(617) 261-3100

BOS-652708 v1 0950000-102

*[signature]*
Corby C. Anderson
HELMS MULLIS & WICKER PLLC
201 North Tryon Street
Charlotte, NC 28202
P O Box 31247 (28231)
704-343-2000


ASSENTED TO:

Global Television Network, Ltd.

By its attorney,

*[signature]* per TK assent 1-7-04
Julie A. Frohlich, (BBO #554707)
GOULSTON & STORRS, PC
400 Atlantic Avenue
Boston, MA 02110


Dated: January 7, 2004


CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand/mail) on 1-7-04

*[signature]*