UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOBAL TELEVISION NETWORK, LTD., <br><br> Plaintiff, <br><br> v. <br><br> UAV CORPORATION <br><br> Defendant. | Civil Action No. 03-12518RGS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Keith Long of Kirkpatrick & Lockhart hereby withdraws his appearance as counsel for defendant UAV Corporation. Joshua Rowland of Kirkpatrick & Lockhart continues his representation of the defendant.

UAV CORPORATION

By its attorneys,

_____
Keith C. Long (BBO #304220)
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, MA 02109
(617) 261-3100

Dated: March 9, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by hand/mail on 3-12-04