UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GLOBAL TELEVISION  )
NETWORK, LTD.,     )
                   )
     Plaintiff,    )
                   )          Civil Action No. 03-12518RGS
     v.            )
                   )
UAV CORPORATION    )
                   )
     Defendant.    )

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Daniel E. Rosenfeld of Kirkpatrick & Lockhart hereby enters his appearance as counsel for defendant UAV Corporation.

UAV CORPORATION

By its attorneys,

_____
Daniel E. Rosenfeld (BBO #560226)
Kirkpatrick & Lockhart LLP
75 State Street
Boston, MA 02109
(617) 261-3100

Dated: March 19, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on March 19, 2004

BOS-666248 v1 0516940-0901