UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOBAL TELEVISION NETWORK, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>UAV CORPORATION<br><br>Defendant. | Civil Action No. 03-12518RGS |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Daniel E. Rosenfeld of Kirkpatrick & Lockhart hereby enters his appearance as counsel for defendant UAV Corporation.

                                         UAV CORPORATION

                                         By its attorneys,

                                         _/s/ Daniel E. Rosenfeld_
                                         Daniel E. Rosenfeld (BBO #560226)
                                         Kirkpatrick & Lockhart LLP
                                         75 State Street
                                         Boston, MA 02109
                                         (617) 261-3100

Dated: March 19, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on _March 19, 2004_
_/s/_

BOS-666248 v1 0516940-0901