UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOBAL TELEVISION NETWORK, LTD., <br><br> Plaintiff, <br><br> v. <br><br> UAV CORPORATION, <br><br> Defendant. | C.A. No. 0312518 RGS <br><br> FILING FEE PAID: <br> RECEIPT # _____ <br> AMOUNT $ _____ <br> BY DPTY CLK _____ <br> DATE _____ |

## MOTION FOR ADMISSION *PRO HAC VICE*

The defendant, UAV Corporation, by its undersigned counsel, hereby applies, pursuant to this Court's Local Rule 83.5.3, for an order permitting Corby C. Anderson, Esq., to appear as its counsel *pro hac vice* in this case.

In support of this motion, undersigned counsel states the following:

1. I, Joshua C. Rowland, am an associate in the law firm of Kirkpatrick & Lockhart LLP, attorneys for Defendant UAV in the above-captioned matter.

2. I am a member of the Bar of this Court and have filed my appearance in this action.

3. Under Local Rule 83.5.3, a member in good standing of the bar of any United States District Court or the bar of the highest court of any state may appear, by permission of the Court, in any case in this Court upon certificate that (1) the attorney is a member in good standing in every jurisdiction where the attorney has been admitted to practice; (2) there are no

disciplinary proceedings pending against the attorney; and (3) the attorney is familiar with the applicable Local Rules.

4.    As reflected in the Affidavit attached as Exhibit A to this Motion, Ms. Anderson meets all of the requirements for *pro hac vice* admission as set forth in Local Rule 83.5.3(b).

WHEREFORE, the undersigned respectfully moves this Court to sign the Order (attached hereto as Exhibit B) granting this Motion for Admission *Pro Hac Vice*.

UAV CORPORATION,
By its attorney,

_____
Daniel E. Rosenfeld (BBO #560226)
Joshua C. Rowland (BBO# 655906)
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, MA 02109
(617) 261-3100

Dated: March 23, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 3/23/04

- 2 -