UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GLOBAL TELEVISION NETWORK, LTD.,

        Plaintiff,

v.

UAV CORPORATION,

        Defendant.

C.A. No. 03-12518 RGS

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Global Television Network, Ltd. and Defendant UAV Corporation, by and through their respective counsel, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that this action is dismissed with prejudice, and without the award of attorneys' fees or costs. All parties hereto have waived any rights of appeal.

_/s/ Julie Frohlich (JCR)_  
Julie A. Frohlich (BBO #554707)  
Goulston & Storrs  
A Professional Corporation  
400 Atlantic Avenue  
Boston, MA  02110-3333  
(617) 482-1776  
*Attorneys for Plaintiff Global Television Network, Ltd.*

_/s/ Daniel E. Rosenfeld_  
Daniel E. Rosenfeld (BBO #560226)  
Joshua C. Rowland (BBO #655906)  
KIRKPATRICK & LOCKHART, LLP  
75 State Street  
Boston, MA  02109  
(617) 261-3100  
*Attorneys for Defendant UAV Corporation*

OF COUNSEL:  
Corby C. Anderson  
Amy R. Langdon  
HELMS MULLISS & WICKER, PLLC  
201 North Tryon Street  
Post Office Box 31247  
Charlotte, NC  28231  
(704) 343-2000  
*Attorneys for Defendant UAV Corporation*

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 4/20/04.

Dated: April 20, 2004

C652329.1  
BOS-670813 v1 0516940-0901